ACCEPTED
15-24-00017-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
1/17/2025 5:12 PM
CHRISTOPHER A. PRINE
CLERK

No. 15-24-00017-CV

## IN THE COURT OF APPEALS
## FOR THE FIFTEENTH DISTRICT OF TEXAS

ALL STAR IMPORTS, INC. d/b/a
WORLD CAR MAZDA NORTH,

*Appellant/Cross-Appellee*,

v.

MAZDA MOTOR OF AMERICA, INC.

*Appellee/Cross-Appellant*,

v.

BOARD OF TEXAS DEPARTMENT OF
MOTOR VEHICLES,

*Appellee/Cross-Appellee.*

## UNOPPOSED JOINT MOTION BY WORLD CAR MAZDA NORTH AND BY MAZDA MOTOR OF AMERICA, INC. FOR EXTENSION OF TIME TO FILE RESPECTIVE BRIEF OF CROSS-APPELLEE AND BRIEF OF APPELLEE

Pursuant to Texas Rules of Appellate Procedure 10.5(b) and 38.6(d), Appellant/Cross-Appellee All Star Imports, Inc. d/b/a World Car Mazda North ("World Car North") and Appellee/Cross-Appellant Mazda Motor of America, Inc. ("Mazda") respectfully file this joint motion requesting additional time to file their respective briefs—World Car North's Brief of Cross-Appellee and Mazda's Brief of Appellee. Appellee/Cross-Appellee

Board of The Texas Department of Motor Vehicles ("Board") is not opposed to the relief requested in this motion.

## Current Deadline

World Car North and Mazda were previously granted one extension to file their respective briefs of cross-appellee and appellee. The current due date for these briefs is January 24, 2025.

## Requested Extensions

World Car North and Mazda each request a 30-day extension of the deadline for filing their respective briefs of cross-appellee and appellee, such that the briefs will be due on February 24, 2025.[1]

## Facts Explaining the Needed Extensions

The extensions are not sought for purposes of delay. They are requested in light of the pending motion to strike portions of Mazda's Cross-Appellant's Brief and due to competing work-related commitments and the need for more time to prepare briefs that will assist the Court in resolving this appeal.

First, World Car North has filed a motion to strike or disregard the merits portions of Mazda's Cross-Appellant's Brief, and that motion is fully

---

[1] Thirty days from the current due date would be Sunday, February 23, so this extension would make the briefs due on Monday, February 24.

briefed and pending a ruling by the Court. The Court's ruling on that motion will dictate the scope of briefing required in World Car North's Brief of Cross-Appellee. Extending the time for filing this brief will therefore promote the preservation of party and judicial resources by allowing the Court to rule on the motion and giving World Car North time to prepare its brief based on that ruling. Should the Court *grant* the motion to strike or disregard, such that World Car North does not need to brief the merits issues raised in Mazda's brief, World Car North will not need the entire period of time requested here and will file its Brief of Cross-Appellee within seven days of that order.

Second, among other competing work responsibilities, counsel for World Car North has been preparing a Reply Brief filed January 17, 2025 in the U.S. Court of Appeals for the Fifth Circuit in No. 24-60351, *Denka Performance Elastomer LLC, et al. v. U.S. EPA, et al.*, and is preparing a Brief of Appellee due February 5, 2025 in the Texarkana Court of Appeals in No. 06-24-00059-CV, *Samsung Electronics Co. v. Koninklijke KPN N.V.* (Jeff Oldham); and is preparing for a confidential arbitration hearing that begins February 3, 2025, including pre-hearing briefs filed on January 15 and responsive briefs due January 29 (Jarod Stewart).

Additionally, Mazda's counsel is in the process of preparing for written and deposition discovery and in a multiparty case, *Ware, et al, v. SESCO Cement, et al.*, pending in the 295th District Court for Harris County under cause no. 2024-31787. This work will require a substantial time commitment over the next two weeks.

## PRAYER

For these reasons, World Car North and Mazda pray that this Court grant this motion for an extension of time to and including February 24, 2025 to file their respective briefs—World Car North's Brief of Cross-Appellee and Mazda's Brief of Appellee. World Car North and Mazda also pray for all other relief to which they may be entitled.

Respectfully submitted,

STEPTOE LLP

/s/ *Jarod R. Stewart*
Jarod R. Stewart
State Bar No. 24066147
jstewart@steptoe.com
Austin Kreitz
State Bar No. 24102044
akreitz@steptoe.com
717 Texas Avenue, Ste. 2800
Houston, Texas 77002
(713) 221-2300
(713) 221-2320 (fax)

BRACEWELL LLP

/s/ *Jeffrey L. Oldham*
Jeffrey L. Oldham
State Bar No. 24051132
jeff.oldham@bracewell.com
Walter A. Simons
State Bar No. 24098429
walter.simons@bracewell.com
711 Louisiana Street, Ste. 2300
Houston, Texas 77002
(713) 223-2300
(800) 404-3970 (fax)

*Counsel for All Star Imports, Inc. d/b/a World Car Mazda North*


/s/ *Brit T. Brown*
Brit T. Brown
State Bar No. 03094550
brit.brown@akerman.com
Benjamin A. Escobar
ben.escobar@akerman.com
AKERMAN LLP
1300 Post Oak Boulevard, Ste. 2500
Houston, Texas  77056
(713) 623-0887
(713) 960-1527 (fax)

/s/ *Jeff Nobles*
Jeff Nobles
State Bar No. 15053050
jeff.nobles@huschblackwell.com
HUSCH BLACKWELL LLP
600 Travis Street, Ste. 2350
Houston, Texas 77002
(713) 525-6200
(713) 647-6884 (fax)

*Counsel for Mazda Motor of America, Inc.*

## CERTIFICATE OF CONFERENCE

I certify that counsel for World Car North conferred by phone and/or email with counsel for Mazda Motor of America, Inc and the Board of Texas Department of Motor Vehicles. Mazda joins in the motion. The Board is not opposed to the relief requested in the motion.

/s/ *Jeffrey L. Oldham*
Jeffrey L. Oldham

## CERTIFICATE OF SERVICE

I certify that this motion was filed with the Court and served on all counsel of record via eFileTexas.gov on January 17, 2025.

Ken Paxton, Attorney General
Brent Webster
James Lloyd
Ernest C. Garcia
Kathy Johnson
State Bar No. 24126964
kathy.johnson@oag.texas.gov
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548
Capitol Station
Austin, Texas 78711
(512) 475-4164
(512) 320-0167 (fax)

*Counsel for Board of the Texas Department of Motor Vehicles*

/s/ *Jeffrey L. Oldham*
Jeffrey L. Oldham

IM-#10298485.4

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Terri Patton on behalf of Jeffrey Oldham
Bar No. 24051132
terri.patton@bracewell.com
Envelope ID: 96379809
Filing Code Description: Motion
Filing Description: Unopposed Joint Motion for Extension of TIme
Status as of 1/21/2025 7:03 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Benjamin AEscobar | | benjamin.escobar@akerman.com | 1/17/2025 5:12:16 PM | SENT |
| Brit T.Brown | | brit.brown@akerman.com | 1/17/2025 5:12:16 PM | SENT |
| Neila Olvera | | neila.olvera@akerman.com | 1/17/2025 5:12:16 PM | SENT |
| Jeffery Nobles | 15053050 | jeff.nobles@huschblackwell.com | 1/17/2025 5:12:16 PM | SENT |
| Jeffrey Oldham | 24051132 | jeff.oldham@bracewell.com | 1/17/2025 5:12:16 PM | SENT |
| Walter Simons | 24098429 | walter.simons@bracewell.com | 1/17/2025 5:12:16 PM | SENT |
| Jarod Stewart | 24066147 | jstewart@steptoe.com | 1/17/2025 5:12:16 PM | SENT |
| Austin Kreitz | 24102044 | akreitz@steptoe.com | 1/17/2025 5:12:16 PM | SENT |
| Katherine Johnson | 24126964 | kathy.johnson@oag.texas.gov | 1/17/2025 5:12:16 PM | SENT |
| Terri Patton | | terri.patton@bracewell.com | 1/17/2025 5:12:16 PM | SENT |
| Christina Ramos | | cramos@steptoe.com | 1/17/2025 5:12:16 PM | SENT |
| Sallie Woodell | | swoodell@steptoe.com | 1/17/2025 5:12:16 PM | SENT |